IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

___United States of America___
Plaintiff

v.

___Kevin A. Thobias___
Defendant

Case No. __25-cr-303 (CVR)__

APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, _____Berwin Cohen_____, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of _____Cohen Edderai LLP_____, with offices at:

| | |
|---|---|
| Address | 226 Willow Tree Rd. |
| | Monsey, NY 10952 |
| Email | berwin@wolfferscohen.com |
| Telephone No. | (646) 696-0744 |
| Fax No. | (646) 619-4358 |

2. Applicant will sign all pleadings with the name _____Berwin Cohen_____.

3. Applicant has been retained personally or as a member of the above-named firm by ___Kevin A. Thobias (defendant)___ to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since _____2000_____, applicant has been and presently is a member in good standing of the bar of the highest court of the State of _____New York_____, where applicant regularly practices law. Applicant's bar license number is _____3046398_____.

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| New York First Judicial Department | April 2000 |
| California | March 2003 |
| USDC-Central District of California | August 2016 |
| United States Court of Federal Claims | March 2009 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| 09/14/2023 | USA v. 2018 Bugatti Chiron; 23-cv-1392 |

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

5. Additional Court Admissions of Berwin Cohen:

| Court: | Admission Date: |
|---|---|
| United States Tax Court | 2003 |
| Virginia | 2022 |
| Supreme Court of the United States | 2014 |
| USDC-Southern District of New York | 2012 |
| USDC-Eastern District of New York | 2012 |
| USDC-Western District of Virginia | 2023 |
| USDC-Northern District of California | 2025 |

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Víctor O. Acevedo Hernández |
| USDC-PR Bar No. | 227813 |
| Address | PO Box 195075, San Juan, PR 00919-5075 |
| Email | vacevedo@cstlawpr.com |
| Telephone No. | (787) 523-3434 |
| Fax No. | (787) 523-3433 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 07/8/2025

Berwin Cohen
Printed Name of Applicant

Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: _____07/8/2025_____.

_Víctor O. Acevedo Hernández_
Printed Name of Local Counsel

s/Víctor O. Acevedo Hernández
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_[signature]_
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐      the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐      the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____

**United States District Judge**

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.