IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**KEVIN A. THOBIAS,**<br>Defendant. | **CRIMINAL NO. 25-303 (CVR)** |

United States' Motion for Continuance

TO THE HONORABLE COURT:

COMES NOW, the United States to set forth and request:

1. The Court has scheduled the Suppression Hearing for November 25, 2025. *See* ECF No. 41.

2. Several of the individuals who are or may be involved in the hearing have pre-approved travel plans for the week of November 25, 2025, given the Thanksgiving holiday.

3. As such, the United States conferred with counsel for defendant, who posed no objection, to a request for a continuance of the Suppression Hearing to the week of December 1 to 5, 2025. It is noted that one of the United States' potential witnesses is available December 1 and 2, 2025, while the rest are available the entirety of the referred week.

WHEREFORE, the United States requests that the Court continue the Suppression Hearing to the week of December 1 through December 5, 2025.

## Certificate of Service

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED**, this 4th day of November, 2025.

W. STEPHEN MULDROW
United States Attorney

*s/Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez - 218011
Assistant U.S. Attorney
Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Office: 787-766-5656
myriam.y.fernandez@usdoj.gov