IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **KEVIN A. THOBIAS** <br><br> Defendant. | **Case No. 25-cr-303 (CVR)** |

### MOTION TO RESET SUPPRESSION HEARING DATE PURSUANT TO ECF 66

COMES NOW, Defendant Kevin A. Thobias, through undersigned counsel, to set forth and request as follows:

1. On November 28, 2025, the Court entered an Order granting the Defendant's Motion to Continue and vacating sine die the suppression hearing previously set for December 1, 2025. See [ECF No. 66].

2. The Court directed the Defendant and the Government to meet and confer to propose as soon as possible three alternate dates during which they are available to attend the suppression hearing.

3. The parties have conferred, and Defendant proposes the following three alternate dates for the suppression hearing, on which counsel are available:

    - Monday, February 2, 2026;

1

- o   Tuesday, February 3, 2026; or

- o   Monday, February 9, 2026.

WHEREFORE, the Defendant respectfully request that the Court set the suppression hearing on one of the proposed dates.

    **WE HEREBY CERTIFY** that we electronically filed the instant motion using the CM/ECF System, which will send notification to all counsel of record.

    Respectfully submitted on December 10, 2025.

    /s/ Jonathan Edderai
Jonathan Edderai
*Admitted Pro Hac Vice*
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@wolfferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619

*and*



_____

PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
vacevedo@cstlawpr.com
***/s/ VICTOR O. ACEVEDO-HERNANDEZ RODRÍGUEZ***
USDC-PR No. 227813
*Counsel for Defendant*