# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, <br><br> v. <br><br> **KEVIN A. THOBIAS**, Defendant. | Case No. 25-cr-00303-CVR |

## MOTION TO SUBSTITUTE PRO HAC VICE SPONSOR ATTORNEY

**To the Honorable Court**:

**Come now** Berwin Cohen, Esq. and Jonathan Edderai, Esq. (the "Pro Hac Vice Attorneys"), through the undersigned counsel, and respectfully state and pray:

1. On July 9, 2025, the Pro Hac Vice Attorneys filed their respective motions before the Court requesting Pro Hac Vice Admission in the captioned case, as counsel of record for the defendant. Mr. Víctor O. Acevedo Hernández, Esq., of Casillas, Santiago & Torres LLC ("CST Law"), sponsored these attorneys as Local Counsel for the defendant. *See* ECF Nos. 5 and 6.

2. That same day the Court granted Mr. Cohen and Mr. Edderai Pro Hac Vice admission to the Court in the captioned case. *See* ECF No. 7.

3. Today, Natalia E. del Nido Rodríguez, also of CST Law, entered her appearance in the captioned case, as counsel for the defendant. *See* ECF No. 84.

4. Defendant has requested Mrs. del Nido to replace Mr. Acevedo Hernández as Local Counsel for his Pro Hac Vice Attorneys.

5. As such, CST Law's attorney Natalia E. del Nido Rodríguez will be substituting Mr. Acevedo Hernández as sponsor attorney for the Pro Hac Vice Attorneys from now on.

6. The information of the substitute sponsoring attorney is as follows:

Natalia E. del Nido Rodríguez, Esq.
USDC-PR No. 301410

Casillas, Santiago & Torres LLC
PO Box 195075
San Juan, PR 00919-5075
ndelnido@cstlawpr.com
Tel.: (787) 523-3434
Fax: (787) 523-3433

7. Pursuant to Local Rule 83A(f), the new sponsor attorney hereby consents to her designation as local counsel of record for the Pro Hac Vice Attorneys for all purposes.

8. It is hereby requested that the Honorable Court allows for the substitution of the sponsor attorney for the Pro Hac Vice Attorneys.

**Wherefore**, the Pro Hac Vice Attorneys respectfully request that this Court enter an order granting the request herein and such other and further relief as this Court deems appropriate.

**Respectfully submitted** in San Juan, Puerto Rico, this February 17, 2025.

**We hereby certify** that we electronically filed the instant motion using the CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Berwin Cohen*
Berwin Cohen (*Admitted Pro Hac Vice*)
Cohen Edderai, LLP
14 East 4th Street, Ste. 501
New York, NY 10012
berwin@cohenedderai.com
Office: (646) 696-0744
Fax: (646) 619-4358

*/s/ Jonathan Edderai*
Jonathan Edderai (*Admitted Pro Hac Vice*)
Cohen Edderai, LLP
1132 Kane Concourse, Ste. 205
Bay Harbor Islands, FL 33154
jonathan@wofferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619

*PHV counsel for Defendant*



PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
ndelnido@cstlawpr.com

**s/NATALIA E. DEL NIDO RODRÍGUEZ**
USDC-PR No. 301410

*Local counsel for Defendant and Substitute Sponsor for PHV counsel*