**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                                CRIMINAL NO. 25-303 (CVR)

KEVIN A. THOBIAS,
Defendant.

**Motion Requesting Extension of Time**

TO THE HONORABLE COURT:

COMES NOW, the United States to request:

1.      Defendant has filed a Motion to Compel disclosure of three categories of materials. *See* ECF No. 113.

2.      The United States will be opposing the defense request and to adequately respond in opposition, it needs a brief extension to the term granted by the Court at ECF No. 116 until next Tuesday, May 5, 2026.   The instant request is made in good faith and is not intended to delay the proceedings in this case.

WHEREFORE, the United States requests that the Court grant the United States an extension of time until May 5, 2026, to file its opposition to the Motion to Compel at ECF No. 113.

W. STEPHEN MULDROW
United States Attorney

*s/Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez - 218011
Assistant U.S. Attorney
Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Office: 787-766-5656
myriam.y.fernandez@usdoj.gov

## <u>Certificate of Service</u>

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED**, this 30th day of April 2026.

W. STEPHEN MULDROW
United States Attorney

*s/Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez - 218011
Assistant U.S. Attorney
Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Office: 787-766-5656
myriam.y.fernandez@usdoj.gov

2