# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KEVIN A. THOBIAS

    Defendant.

Case No. 25-cr-303 (CVR-HRV)

## DEFENDANT'S MOTION TO CLARIFY ORDER AT ECF NO. 169

Defendant Kevin A. Thobias, through undersigned counsel, and respectfully moves this Court to clarify its Order at ECF No. 169, and in support thereof states as follows:

1. In its Motion in Compliance at ECF No. 167, the Government informed the Court that HSI Ricardo Diaz is not available from August 1 through August 8, 2026, but is otherwise available throughout the remainder of August 2026.

2. Recognizing that conflict, the Government proposed two alternatives: (a) proceed on August 3-4 and "coordinate a subsequent date" for Mr. Diaz's testimony; or (b) reset the hearing to August 10-11, when all witnesses would be available. ECF No. 167 ¶ 3.

3. The Court's Order set the Suppression Hearing for August 3 and 4, 2026, but did not address the scheduling of Mr. Diaz's testimony or identify any follow-on date. ECF No. 169.

4. As a result, it is presently unclear whether: (a) Mr. Diaz will be required to appear at the August 3-4 hearing notwithstanding his stated unavailability; (b) the Court contemplates a continuation date for his testimony; or (c) the parties should jointly propose a follow-on date for that purpose.

5. Clarification is necessary so that the defense can adequately prepare for the hearing.

WHEREFORE, Defendant respectfully requests that this Court clarify its Order at ECF No. 169 to address the scheduling of HSI Ricardo Diaz's testimony, and specifically whether the Court will set a continuation date or directs the parties to jointly propose one.

WE HEREBY CERTIFY that we electronically filed the instant motion using the CM/ECF System, which will send notification to all counsel of record, and that we sent notification of the motion to the Government's attorneys, Myriam Y. Fernandez-Gonzalez and Desiree Laborde-Sanfiorenzo, at their addresses, Myriam.Y.Fernandez@usdoj.gov and desiree.laborde@usdoj.gov, respectively.

Respectfully submitted on June 16, 2026.

/s/ Jonathan Edderai

Jonathan Edderai
*Admitted Pro Hac Vice*
Cohen Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@wolfferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619
*and*



PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
ndelnido@cstlawpr.com
**s/NATALIA E. DEL NIDO RODRÍGUEZ**
USDC-PR No. 301410
*Local Counsel for Defendant*