UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**KEVIN A. THOBIAS,**
Defendant.

**CRIMINAL NO. 25-303 (CVR)**

United States' Motion in Compliance

To the Honorable Court:

Comes now, the United States of America, in compliance with the Court's Standing Order No. 11 (Storage and Management of Sealed and Restricted Documents: New Guidelines) to inform that it filed ECF No. 194 under Selected Parties Restriction and that it did notify the restricted document to defendant (via electronic message to defense counsel's email addresses of record) on July 15, 2026, as required by the referenced Standing Order.

WHEREFORE, the United States asks the Court to take notice of the foregoing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of July, 2026.

HECTOR E. RAMIREZ
Acting United States Attorney

*s/ Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez - 218011
Assistant United States Attorney
Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Office: 787-766-5656
email: myriam.y.fernandez@usdoj.gov

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel of record.

*s/ Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez
Assistant United States Attorney