| | |
|---|---|
| **From:** | Fernandez, Myriam Y. (USAPR) |
| **To:** | jonathan@wollferscohen.com; berwin@wollferscohen.com; vacevedo@cstlawpr.com; Natalia Del Nido |
| **Subject:** | RE: Activity in Case 3:25-cr-00303-CVR-HRV USA v. Thobias Informative Motion |
| **Date:** | Wednesday, July 15, 2026 2:36:23 PM |
| **Attachments:** | 2026 July 15 Selected Parties Motion Six Months 25-303.pdf |

Greetings:

The filing at Docket No. 194.

Thank you.

Myriam Y. Fernandez Gonzalez

---

**From:** prd_docketing@prd.uscourts.gov <prd_docketing@prd.uscourts.gov>
**Sent:** Wednesday, July 15, 2026 2:34 PM
**To:** prd_docketing@prd.uscourts.gov
**Subject:** Activity in Case 3:25-cr-00303-CVR-HRV USA v. Thobias Informative Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Puerto Rico

## Notice of Electronic Filing

The following transaction was entered by Fernandez-Gonzalez, Myriam on 7/15/2026 at 2:34 PM AST and filed on 7/15/2026

| | |
|---|---|
| **Case Name:** | USA v. Thobias |
| **Case Number:** | 3:25-cr-00303-CVR-HRV |
| **Filer:** | USA |
| **Document Number:** | 194 |

**Docket Text:**
**\*\*\*SELECTED PARTIES\*\*\* INFORMATIVE Motion regarding Suppression by USA, Kevin A. Thobias (1) as to Kevin A. Thobias (1). Responses due by 7/29/2026. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Fernandez-Gonzalez, Myriam)**


**3:25-cr-00303-CVR-HRV-1 Notice has been electronically mailed to:**


Berwin Cohen     berwin@wolfferscohen.com


Desiree Laborde-Sanfiorenzo     desiree.laborde@usdoj.gov, CaseView.ECF@usdoj.gov, emilmarie.lopez.franceschi@usdoj.gov, priscilla.rivera@usdoj.gov, usapr.ecfcivil@usa.doj.gov


Jonathan Edderai     jonathan@wolfferscohen.com


Myriam Y. Fernandez-Gonzalez     myriam.y.fernandez@usdoj.gov, abigail.figueroa.boneta@usdoj.gov, alejandro.aldebol@usdoj.gov, CaseView.ECF@usdoj.gov, diana.e.diaz@usdoj.gov, victor.a.rodriguez@usdoj.gov


Natalia Eugenia Del Nido-Rodriguez     ndelnido@cstlawpr.com, jperez@cstlawpr.com, ndelnido@ecf.courtdrive.com, wgonzalez@cstlawpr.com


**3:25-cr-00303-CVR-HRV-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051795991 [Date=7/15/2026] [FileNumber=9196092-0 ] [468d304c286e11da7809bc269ab97e47764630998211bca64df921c770407f575dc c9539491bc910da34afc6165909ea1bf155f3081870cb6fd04afd62ea6bc9]]